# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1059
Lower Tribunal No. 2022-CA-000665

_____

NAPLES BAY PROPERTIES, LLC,

Appellant,

v.

RUSSELL REED, KAREN REED, and AMIL KAJY,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and PRATT, JJ., concur.


Jeffrey D. Fridkin and Alexandra D. Gabel, of Gunster, Yoakley & Stewart, P.A., Naples, for Appellant.

David Kerem, of David Kerem Law, P.A., Naples, for Appellee, Amil Kajy.

No Appearance for Appellees, Russell Reed and Karen Reed.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED